UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALEJANDRO ARGUETA-GUEVARA (A-240-066-849), | No.  1:26-cv-2161 DAD CSK |
| Petitioner, | |
| v. | ORDER |
| TAE D. JOHNSON, et al., | |
| Respondents. | |

Petitioner, an immigrant detainee proceeding without counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 through "next friend" Evelin Argueta.  (ECF No. 1.)

Records from U.S. Immigration and Customs Enforcement ("ICE") reflect that after filing this action, petitioner was transferred to the ERO El Paso Camp East Montana located in El Paso County, Texas.  Jurisdiction over this § 2241 petition is proper only in the district in which petitioner's immediate custodian is located.  See Monk v. Secretary of the Navy, 793 F.2d 364, 369 (D.C. Cir. 1986) (cited in Ortiz-Sandoval v. Gomez, 81 F.3d 891, 895 (9th Cir. 1996)). Petitioner's custodian is located in the Western District of Texas.  Accordingly, pursuant to 28 U.S.C. § 1631, in the interests of justice this action is transferred to the United States District Court for the Western District of Texas.

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. This matter is transferred to the United States District Court for the Western District of Texas.

2. The Clerk of the Court is directed to serve this order and the orders filed March 20, 2026 (ECF No. 5) and March 25, 2026 (ECF No. 7) on petitioner William Alejandro Argueta-Guevara (A-240-066-849), ERO El Paso Camp East Montana, 6920 Delta Drive, El Paso, Texas, 79905.

3. The Clerk of the Court is directed to serve this order on petitioner's next friend Evelin Argueta, 112 Boxgrove Way, Frederick, Maryland, 21702.

Dated:  April 10, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Guev2161.ord/2

2